UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IDALBERTO RONDON,

    Petitioner,

v.                                        CIVIL ACTION NO. 05-CV-71034-DT
                                          HONORABLE JOHN CORBETT O'MEARA

JAN TROMBLEY,

    Respondent.
_____/

## **JUDGMENT**

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable John Corbett O'Meara, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**


                                        s/John Corbett O'Meara
                                        John Corbett O'Meara
                                        United States District Judge

Dated: March 10, 2006